# Exhibit B

**IN THE SUPERIOR COURT OF NEW JERSEY, BERGEN COUNTY, LAW DIVISION**

| | |
|---|---|
| RICHARD M. ZELMA,<br>940 Blanch Avenue<br>Norwood, NJ 07648<br><br>*Pro se*<br><br>Named Plaintiff,<br><br>v.<br><br>LIBERTY POWER CORP., LLC,<br>2100 W. Cypress Creek Rd, Suite 130<br>Fort Lauderdale, FL 33309<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*    Case No.: BER-L-001776-19 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF FILING OF NOTICE OF REMOVAL**

To the Clerk of the Court:

The Defendant, Liberty Power Corp., LLC, by and through counsel, hereby files a copy of the Notice of Removal filed on its behalf in the United States District Court for the New Jersey, Newark Division, to remove the above-captioned case from the Superior Court of New Jersey, Bergen County, Law Division, to the above-referenced United States District Court. A copy of the Notice of Removal is attached hereto as **Exhibit A**.

Dated: March 26, 2019                  Respectfully submitted,

                                               By: /s/ Nicholas M. Gaunce
                                               Nicholas M. Gaunce, Esq.

**CERTIFICATE OF FILING AND SERVICE**

  I HEREBY CERTIFY that I caused a true and accurate copy of the foregoing to be filed electronically through the Court's e-Courts system and served upon the below by e-mail and regular mail:

    Richard Zelma
    940 Blanch Avenue
    Norwood, NJ 07648
    tcpalaw@optonline.net
    *Appearing pro se*

        /s/ Nicholas M. Gaunce
        Nicholas M. Gaunce