RICHARD M. ZELMA*
940 BLANCH AVENUE
NORWOOD, NEW JERSEY 07648

* LIFETIME MEMBER: TELECOM PIONEERS OF AMERICA
* LIFETIME MEMBER: COMMUNICATION WORKERS OF AMERICA
* BELL SYSTEM CERTIFIED – C.O. CALL-TRACE FORENSIC TECHNICIAN
* NJ GOVERNMENT & PR SPOKESPERSON FOR PRIVATE CITIZEN, INC.
* TCPA MENTORING & CONSULTATION

TELEPHONE 201-767-8153
TELECOPIER: 201-767-8154
EMAIL:TCPALAW@OPTONLINE.NET

---

April 17, 2019
**VIA FIRST CLASS MAIL**
The Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court, Newark
Martin Luther King Building & U.S. Courthouse
Clerks Office, Room 4015
50 Walnut Street
Newark, NJ 07101

### RE: CIVIL ACTION NO. 2:19-cv-8961-MCA-LDW
Removed from the Superior Court of New Jersey Law Division, Bergen County;
Original Docket No. BER- L- 1776-19

Dear Judge Wettre:

I'm the Plaintiff in the above entitled matter. Recently, my adversary requested an extension of time to answer, move or otherwise reply, which was evidently granted.

At the time of filing in State Court, being unaware how this matter would turn out, my wife and I had previously made plans in November 2018 and booked several hotels in Florida to celebrate our 53rd wedding anniversary. We are leaving on May 2 and returning May 26, 2019.

With concern to have an opportunity to respond to any papers required as this matter moves forward, I respectfully ask The Court if I could have an extension of time of about 14 days from the date of my return (May 26, 2019) in which to allow time to respond as necessary. I have not made any request for extra time in the past with regard to this matter.

In the interim, I will continue to make a good faith effort to work with Counsel in an effort to settle this matter.

Thank you for Your courtesies.

Respectfully submitted,

Richard M. Zelma, *pro se*
PLAINTIFF

cc: Nicholas M. Gaunce, Esq., Counsel for Defendants, via Court ECF

*Handwritten order:* Plaintiff may have until June 5, 2019 to serve and file his answering papers to the motion at ECF 5. Defendant shall serve and file its reply on or before June 17, 2019. SO ORDERED. 4/25/19
Leda Wettre, USMJ